IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC FORNEY, ET AL.                    *

     Plaintiffs                          *

vs.                                    *    Case No.: MJG-00-CV-2845

P. THOMAS SHANAHAN, ET AL.             *

     Defendants                          *

*    *    *    *    *    *    *    *    *    *    *    *

## ORDER

     Upon consideration of Plaintiffs' Motion for Leave of Court to Join an Additional Party and any response thereto, it is this _9th_ day of _July_, 2001, by the United States District Court for the District of Maryland,

     ORDERED, that Plaintiffs' Motion for Leave of Court to Join an Additional Party is hereby GRANTED, and it is further;

     ORDERED, that the Amended Complaint filed with Plaintiffs' Motion is hereby ACCEPTED FOR FILING.

_____
Marvin J. Garbis
United States District Court Judge