FILED
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND - NORTHERN DIVISION**

2001 JUL 27 A 8: 20

ERIC FORNEY, et al.                    *

    Plaintiffs                         *            CLERK'S OFFICE
                                                    AT BALTIMORE
v.                                     *
                                                    _____DEPUTY
P. THOMAS SHANAHAN, et al.             *

    Defendants                         *    Case No: MJG00CV2845

                                       *

                                       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

    Having read and considered the Motion to Withdraw of

Clifford A. Robinson, Esquire, as Counsel for Eric Forney, as

Personal Representative of the Estate of Brandi Forney and any

responses thereto, it is this 25th day of July, 2001, hereby

    ORDERED that the appearance of Clifford A. Robinson,

Esquire, as the attorney of record for Counter-Defendant, Eric

Forney, as Personal Representative of the Estate of Brandi

Forney, is hereby stricken.

_____
JUDGE, U.S. District Court,
District of Maryland

Copies to:

Virginia Condon                                    7
Michael S. Greene, Esquire
Hamilton F. Tyler, Esquire
Linda D. Moeller, Esquire

