FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 14  AM 11:13

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC FORNEY, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. MJG 00-CV-2845 |
| P. THOMAS SHANAHAN, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants P. Thomas Shanahan, Timothy R. Bowman, Janet S. Owens, Anne Arundel County and Officer Stephen C. Perron's Consent Request for Extension of Time for Defendants to Designate Experts and there being no opposition thereto, it is this **13th** day of **August**, 2001, by the United States District Court for the District of Maryland, hereby,

**ORDERED**, that the Scheduling Order entered into by this Court on May 15, 2001 be **AMENDED** to extend the deadline for Defendants' Rule 26(a)(2) disclosures to September 7, 2001.

_____
Judge, United States District Court for the
District of Maryland

