# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE



101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4853

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 17  P 4: 34

AT BALTIMORE

_____ DEPUTY

September 17, 2001

Clifford A. Robinson, Esq.
Suite 500
One West Pennsylvania Avenue
Towson, MD 21204

Michael S. Greene, Esq.
33 Hamlet Drive
Owings Mills, MD 21117

Hamilton F. Tyler, Esq.
Anne Arundel County Office of Law
2660 Riva Road, Fourth Floor
Annapolis, MD 21401

Linda D. Moeller, Esq.
Schlachman, Belsky & Weiner
Sun Life Building, 10th Floor
20 South Charles Street
Baltimore, MD 21201

Robert K. Nead, Esq.
305 West Chesapeake Avenue, Suite 325
Baltimore, MD 21204

Howard Burgin, Esq.
Stoner, Preston & Boswell
28 Allegheny Avenue, Suite 500
Towson, MD 21204

    Re:  Eric Forney, et al. v. P. Thomas Shanahan, et al.
         Civil No. MJG-00-2845

Dear Counsel:

    Please be advised that the settlement conference has been rescheduled for Thursday, November 8, 2001 at 9:30 a.m.

    Mr. Burgin, I enclose a copy of my original letter dated June 11, 2001, scheduling the settlement conference. As you can see, you should file a settlement letter in accordance with my request on or before October 30, 2001.



I look forward to seeing you then.

                                    Sincerely yours,

                                    Susan K. Gauvey
                                    United States Magistrate Judge

SKG/mkj

Enclosure

cc: Honorable Marvin J. Garbis
    Court File